Union Trust and Savings Bank, appellee, v. John C. Hall et al., appellants.

Suit to foreclose mortgage on leasehold interest. Decree for complainant. Appeal from the City Court of East St. Louis; the Hon. H. L. Browning, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919. *Certiorari* denied by Supreme Court (making opinion final).

T. M. Webb, for appellants. M. Millard, for appellant Illmo Hotel Co. W. E. Hadley and W. C. Connett, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Marie Goodwin, appellee, v. Harry Gregory, appellant.

Bastardy proceeding. Judgment of guilty. Appeal from the County Court of Wayne county; the Hon. J. V. Heidinger, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed November 7, 1919.

B. F. Thomas and Richard L. Boggs, for appellant. Roscoe Forth, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Fred Ulen, defendant in error, v. Hugh Mason, plaintiff in error.

Action to recover money paid for live stock which was not delivered. Judgment for plaintiff. Error to the Circuit Court of Pulaski county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919.

Charles L. Rice, for plaintiff in error. C. S. Miller, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Mary Berkovitz et al., appellants, v. Mathias Henderser et al., appellees.

Action of debt on injunction bond. Judgment for plaintiffs. Appeal from the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1919. Affirmed as modified. Opinion filed November 7, 1919.

J. B. Harris, for appellants. Harold J. Bandy, for appellees.

Mr. Presiding Justice Higbee delivered the opinion of the court.